UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTELLECTUAL SCIENCE AND,                     Case Nos:     06-10406
TECHNOLOGY, INC.,                                   06-10409
                                                                         06-10412

HON. AVERN COHN

         Plaintiff,

v.

SONY ELECTRONICS, INC.,
JVC AMERICAS CORP. and
PANASONIC CORPORATION OF
NORTH AMERICA.

         Defendants.
_____

### **NOTICE OF APPEAL BY INTELLECTUAL SCIENCE AND TECHNOLOGY, INC.**

NOTICE is hereby given that Intellectual Science and Technology, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order Adopting Report and Recommendation of the Special Master and Granting Defendants' Motion for Summary Judgment of Non-Infringement and Dismissing Case entered in this action on November 24, 2008.

This case became final and subject to appeal on November 24, 2008, with the entry of the District Court's Judgment.

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

s/Andrew Kochanowski (P55117)
Attorneys for Plaintiff
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300/fax (248) 936-2140
akochanowski@sommerspc.com

Dated: December 19, 2008

**PROOF OF SERVICE**

I certify that on 12-19-08, I electronically filed
the forgoing paper with the Clerk of the Court using
the ECF system which will send notification of such
filing to the following:

Joseph C. Basta – jbasta@dykema.com
Lisa A. Brown – lbrown@dykema.com
Thomas M. Schehr – tschehr@dykema.com
Barry F. Keller – noelw@kellerandavadenka.com
Marjory G. Basile – basile@millercanfield.com
Norman C. Ankers – nankers@honigman.com
Catherine T. Dobrowitsky – dobrowitsky@millercanfield.com

> s/Andrew Kochanowski (P55117)
> 2000 Town Center, Suite 900
> Southfield, MI 48075
> (248) 355-0300
> akochanowski@sommerspc.com